```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 06 B 06820
    MARYLAND D EGGLESTON
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-0134

--------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 06/12/2006 and was confirmed 08/14/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  71.00%.

      The case was dismissed after confirmation 07/23/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT        INTEREST          PRINCIPAL
                                                                  PAID              PAID
--------------------------------------------------------------------------
HOMEQ SERVICING CORP     CURRENT MORTG            .00              .00                .00
HOMEQ SERVICING CORP     MORTGAGE ARRE            .00              .00                .00
CREDIT ACCEPTANCE CORP   SECURED              5937.15           333.80             966.20
AARGON AGENCY            UNSECURED             132.00              .00                .00
LASALLE BANK             UNSECURED           NOT FILED             .00                .00
GOVERNORS STATE UNIVERSI UNSECURED           NOT FILED             .00                .00
HOLLYWOOD VIDEO          UNSECURED           NOT FILED             .00                .00
US CELLULAR              UNSECURED           NOT FILED             .00                .00
CRED PROTECTION ASSOCIAT UNSECURED           NOT FILED             .00                .00
FIRST PREIMER BANK       UNSECURED           NOT FILED             .00                .00
TCF NATIONAL BANK        UNSECURED           NOT FILED             .00                .00
TCF NATIONAL BANK        UNSECURED             812.29              .00              35.65
HSBC BANK NEVADA NA      UNSECURED            1189.45              .00              52.20
CUB FOODS                UNSECURED           NOT FILED             .00                .00
NICOR GAS                UNSECURED            1306.26              .00              57.32
INGALLS HOSPITAL         UNSECURED           NOT FILED             .00                .00
PLAINS COMMERCE BANK     UNSECURED             608.04              .00              26.68
PARAGON WAY INC          UNSECURED             331.68              .00                .00
RWDS660-META             UNSECURED           NOT FILED             .00                .00
UNIVERSITY OF PHOENIX    UNSECURED           NOT FILED             .00                .00
META BANK                UNSECURED             338.58              .00                .00
CAPITAL ONE BANK         UNSECURED             597.90              .00              26.24
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY         2,125.25                             2,125.25
TOM VAUGHN               TRUSTEE                                                    210.08
DEBTOR REFUND            REFUND                                                     360.12

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    4,193.54


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 06820 MARYLAND D EGGLESTON
```

```
PRIORITY                                                              .00
SECURED                                                            966.20
    INTEREST                                                       333.80
UNSECURED                                                          198.09
ADMINISTRATIVE                                                   2,125.25
TRUSTEE COMPENSATION                                               210.08
DEBTOR REFUND                                                      360.12
                                     ---------------       ---------------
TOTALS                                      4,193.54              4,193.54
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 10/18/07                   /s/ Tom Vaughn
                                  _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE